PS 42
(Rev. 3/14)

# United States District Court
## DISTRICT OF MARYLAND

| United States of America | ) |
|---|---|
| vs. | ) |
| Jalen Craig McMillan | ) Case No. 22CR00231-3 |

**CONSENT TO MODIFY CONDITIONS OF RELEASE**

U.S. Pretrial Services recommends the following modification of the above-named defendant's conditions of release:

> Notify current or potential employers of the pendency of the alleged instant offense and allow Pretrial Services to verify the notification if Pretrial Services identifies a third-party risk.

Assistant U.S. Attorney Bijon Mostoufi and Defense Counsel Marc Hall have no objections to this modification.

_____ August 15, 2022
Signature of U.S. Pretrial Services Officer        Date

_____ August 15, 2022
Signature of Supervisory U.S. Pretrial Services Officer   Date

☐ The above modification of conditions of release is ordered, to be effective on August 15, 2022.

☐ The above modification of conditions of release is *not* ordered.

_____ August 15, 2022
Signature of Judicial Officer                     Date