# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

TIFFANY RAINEL WILLIAMS,

Defendant.

Crim. Action No. TDC-22-0231

## ORDER

For the reasons stated during the December 16, 2022 Hearing, it is hereby ORDERED that:

1. Defendant Tiffany Rainel Williams' Appeal of Order of Detention and Request for Expedited Hearing, ECF No. 95, is DENIED.

Date: December 16, 2022

THEODORE D. CHUANG
United States District Judge