IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | Crim. Action No. 22-231-PJM-4 |
| JOHN FITZGERALD WASHINGTON, | * | |
| Defendant. | | |

\*\*\*

## ORDER

Having considered John Fitzgerald Washington's Motion for Review of Detention Order and to Set Conditions of Release (ECF No. 166), the Government's opposition thereto (ECF No. 178), and the Government's Motion to Seal its opposition (ECF No. 177), it is this 21 day of November, 2023, by the United States District Court for the District of Maryland, **ORDERED**:

1. Fitzgerald's for Review of Detention Order and to Set Conditions of Release (ECF No. 166) is **DENIED**;

2. The Government's Motion to Seal (ECF No. 177) is **GRANTED**; and

3. The Clerk **SHALL** maintain the Government's opposition (ECF No. 178) under seal.

PETER J. MESSITTE
United States District Judge