UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

## MEMORANDUM

TO: Counsel of Record; U.S. Probation & Pretrial Services Office

FROM: Judge Peter J. Messitte

RE: <u>United States v. Paul</u>,
No. 22-cr-231-PJM-1

DATE: March 13, 2024

\* \* \*

The Government has filed a Response Regarding Breach to the Court's March 7, 2023 Memorandum Order (ECF No. 239). The Government's response includes a request that the U.S. Probation and Pretrial Services disclose to the Government Probation Officer Hayfron-Benjamin's notes regarding her November 1, 2023 conversation with Defendant Paul about his drug use because the Court has ordered the Probation Office to release these notes to Paul.

Paul's sentencing will resume on March 26, 2024, during which the Court will hear argument and receive evidence from both parties regarding Paul's alleged breach of his Rule 11(c)(1)(C) plea agreement. In the Court's view, Officer Heyfron-Benjamin's notes should be made available to both parties, as Paul's alleged breach arose from his conversation with her.

Accordingly, the U.S. Probation and Pretrial Services Office **SHALL** disclose to the Government, by close of business on March 15, 2024, a copy of Officer Heyfron-Benjamin's notes, which the Court has already ordered the Probation Office to release to counsel for Paul on the same day (*see* ECF No. 238).

As Paul has until March 20, 2024 to file an opposition to the Government's Response, the Court takes no view on the remainder of the Government's submission.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

_____
Peter J. Messitte
United States District Judge

CC: Court file
Counsel of Record